UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**CHAD LEE MARUSAK,**

    Plaintiff,

v.                                             **No. 4:21-cv-646-P**

**SEMA CONSTRUCTION, INC.,**

    Defendant.

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. ECF No. 11. An objection was filed. *See Chad Lee Marusak v. Sema Construction, Inc.*, No. 4:21-cv-475-P-BP (N.D. Tex), ECF No. 34. The Magistrate Judge's Recommendation is therefore ripe for review. In accordance with 28 U.S.C. § 636(b)(1), the District Judge conducted a de novo review of the proposed Findings, Conclusions, and Recommendation.

And after reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge (ECF No. 11), the Court concludes that Plaintiff's objections are without merit. Therefore, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate are correct, and they are **ACCEPTED** as the Findings and Conclusions of the Court.

Accordingly, the Court **ORDERS** that Plaintiff's Motion for Entry of Default Judgement (No. 4:21-cv-646-P-BP, ECF No. 7) is **DENIED.**

It is further **ORDERED** that the above-styled case (No. 4:21-cv-646-P-BP) be **CONSOLIDATED** pursuant to Federal Rule of Civil Procedure 42(a) with *Chad Lee Marusak v. Sema Construction, Inc.*, No. 4:21-cv-475-P-BP (N.D. Tex). All Parties shall file all future pleadings,

motions, or other papers in *Chad Lee Marusak v. Sema Construction, Inc.*, No. 4:21-cv-475-P-BP with the legend "(Consolidated with Civil Action No. 4:21-cv-646-P-BP), as provided in Local Rule 42.1. *See* N.D. TEX. CIV. R. 42.1.

It is further **ORDERED** that the Clerk of Court shall administratively close the above-styled case (No. 4:21-cv-646-P-BP).

**SO ORDERED** on this **30th day** of **November, 2021.**

_Mark T. Pittman_
Mark T. Pittman
UNITED STATES DISTRICT JUDGE