UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

CHAD LEE MARUSAK,

   Plaintiff,

v.                                                       No. 4:21-cv-475-P-BP
                                                      **(Consolidated with**
                                                      **No. 4:21-cv-646-P-BP)**

SEMA CONSTRUCTION, INC.,

   Defendant.

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made multiple Findings, Conclusions, and Recommendations ("FCRs") in this case. *See* ECF Nos. 43–44. In accordance with 28 U.S.C. § 636(b)(1), the undersigned conducted a de novo review of the FCRs.

Having reviewed de novo all relevant matters of record in this case, including the FCRs of the United States Magistrate Judge (ECF Nos. 43–44), the Court concludes that the Findings and Conclusions of the Magistrate are correct, and they are **ACCEPTED** as the Findings and Conclusions of the Court.

The Court therefore **DENIES** Defendant's First Amended Motion to Dismiss and **GRANTS** the Alternative Motion for a More Definite Statement. *See* ECF No. 24. Accordingly, the Court **ORDERS** Plaintiff Chad Lee Marusak to file an amended complaint consistent with the Findings, Conclusions, and Recommendation of the Magistrate Judge (ECF No. 43) within **30 days** of the date of this Order.

It is further **ORDERED** that Plaintiff's Motion for Temporary Restraining Order (ECF No. 8) is **DENIED.**

**SO ORDERED** on this **29th day** of **December, 2021.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE